*Aaron Marsh* v. *Noah T. Pike et al.* N. DANE ELLINGWOOD, for appellant; GEORGE WHITE, for respondent. The part of the decree of the vice chancellor of the first circuit, which is appealed from, affirmed with costs.

*In the matter of John Stafford, an habitual drunkard.* C. A. PUGSLEY and E. F. SMITH, for petitioners; J. LANSING, for the committee. Application to remove committee, denied with costs to be paid out of the estate.

*Josiah Fisk et al.* v. *The Keeseville Woollen and Cotton Manufacturing Co. et al.* G. A. SIMMONS, for complainants; A. K. HADLEY, for defendant. Application to correct master's report denied, but without costs of opposing.

*Edward Englehart et al.* v. *Eisig Elasser et al. The same* v. *The Attorney General.* T. SEDGWICK, for complainants; W. SILLIMAN, for defendants. Decree as drawn up and consented to by the parties who have appeared, varied so as to protect the rights of the absentees.